LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
mwinkler@lerachlaw.com
aelishb@lerachlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 12/8/06*

| | |
|---|---|
| SUNANDA A. DESAI, as Trustee of and for the SUNANDA A. DESAI REVOCABLE TRUST, Derivatively on Behalf of Nominal Defendant FOUNDRY NETWORKS, INC.,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BOBBY R. JOHNSON, JR., et al.,<br><br>                    Defendants,<br><br>    – and –<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>                    Nominal Defendant. | No. C-06-05598-RMW<br><br>STIPULATION AND [] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

[Caption continued on following page.]

| | |
|---|---|
| JEANNE MCDONALD, Derivatively on Behalf of Nominal Defendant FOUNDRY NETWORKS, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOBBY R. JOHNSON, JR., et al., )<br>)<br>Defendants, )<br>)<br>– and – )<br>)<br>FOUNDRY NETWORKS, INC., a Delaware corporation, )<br>)<br>)<br>Nominal Defendant. )<br>) | Case No. C-06-06099-JW |
| DAVID M. JACKSON, Derivatively on Behalf of FOUNDRY NETWORKS, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAWRENCE L. AKIN, et al., )<br>)<br>Defendants, )<br>)<br>– and – )<br>)<br>FOUNDRY NETWORKS, INC., a Delaware corporation, )<br>)<br>)<br>Nominal Defendant. )<br>) | Case No. C-06-06509-SI |

[Caption continued on following page.]

| | | |
|---|---|---|
| DOUG EDRINGTON, Derivatively on Behalf of FOUNDRY NETWORKS, INC., | ) ) ) | Case No. C-06-06752-RMW |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BOBBY R. JOHNSON, et al., | ) ) | |
| Defendants, | ) ) | |
| – and – | ) ) | |
| FOUNDRY NETWORKS, INC., a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) ) | |

WHEREAS, there are four shareholder derivative actions on behalf of Nominal Defendant Foundry Networks, Inc. ("Foundry Networks") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Sunanda A. Desai, et al. v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-05598-RMW | September 12, 2006 |
| *Jeanne McDonald v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-06099-JW | September 26, 2006 |
| *David M. Jackson v. Lawrence L. Akin, et al. and Foundry Networks, Inc.* | C-06-06509-SI | October 18, 2006 |
| *Doug Edrington v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-06752-RMW | October 31, 2006 |

WHEREAS, the four shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, on November 13, 2006, Sunanda A. Desai, as Trustee of and for the Sununda A. Desai Revocable Trust, filed a Notice of Motion and Motion to Consolidate Cases for All Purposes to Appoint Lead Plaintiff, Lead Counsel and Liaison Counsel.  Sunanda A. Desai's Notice of Motion and Motion to Consolidate Cases for All Purposes to Appoint Lead Plaintiff, Lead Counsel and Liaison Counsel is currently set for a hearing before this Court on December 22, 2006;

WHEREAS, counsel for plaintiffs and Nominal Defendant Foundry Networks and the Individual Defendants named in the four derivative actions pending in this district (Foundry Networks and Individual Defendants collectively, the "defendants"), have met and conferred and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion directed at a Consolidated Complaint; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**CONSOLIDATION OF ACTIONS**

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Sunanda A. Desai, et al. v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-05598-RMW | September 12, 2006 |
| *Jeanne McDonald v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-06099-JW | September 26, 2006 |
| *David M. Jackson v. Lawrence L. Akin, et al. and Foundry Networks, Inc.* | C-06-06509-SI | October 18, 2006 |
| *Doug Edrington v. Bobby R. Johnson, Jr., et al. and Foundry Networks, Inc.* | C-06-06752-RMW | October 31, 2006 |

2. The caption of these consolidated actions shall be "*In re Foundry Networks, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-05598-RMW.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re FOUNDRY NETWORKS, INC. DERIVATIVE LITIGATION | ) ) ) ) ) ) | Master File No. C-06-05598-RMW |
| This Document Relates To: | | |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading

is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-05598-RMW, *Desai v. Foundry Networks, Inc.*").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of *In re Foundry Networks, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to the Honorable Ronald M. Whyte, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Foundry Networks, Inc. Derivative Litigation*.

**SCHEDULE**

9. Plaintiffs shall no later than 45 days from the entry of an order appointing Lead Plaintiffs and/or Lead Counsel file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the current or pre-existing complaints. Service shall be effected with respect to defendants by serving the Consolidated Complaint on counsel for defendants.

10. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of the motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after service of the opposition.

11. The parties agree that, by entering into this stipulation, they have not waived any claim, argument or defense they may have in this action and that nothing in the stipulation limits the rights of any party to take any action not inconsistent with its express terms.

IT IS SO STIPULATED.

DATED: November 17, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA  90210<br>Telephone:  310/859-3100<br>310/278-2148 (fax) |
|   | SHUMAN & BERENS LLP<br>KIP B. SHUMAN<br>801 East 17th Avenue<br>Denver, CO  80218-1417<br>Telephone:  303/861-3003<br>303/830-6920 (fax) |
|   | Attorneys for Plaintiff |
| DATED:  November 17, 2006 | BRAMSON, PLUTZIK, MAHLER<br>   & BIRKHAEUSER LLP<br>ALAN R. PLUTZIK (077785)<br>L. TIMOTHY FISHER (191626)<br>KATHRYN A. SCHOFIELD (202939) |
|   | /s/<br>ALAN R. PLUTZIK |
|   | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598<br>Telephone:  925/945-0200<br>925/945-8792 (fax) |
|   | SCHIFFRIN & BARROWAY, LLP<br>ERIK ZAGAR<br>ROBIN WINCHESTER<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  610/667-7706<br>610/667-7056 (fax) |
|   | Attorneys for Plaintiffs Sunanda A. Desai, as Trustee of and for the Sunanda A. Desai Revocable Trust and Jeanne McDonald |

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that ALAN R. PLUTZIK has concurred in this filing.

| | | |
|---|---|---|
| 1 | DATED:  November 17, 2006 | LOVITT & HANNAN, INC.<br>RONALD LOVITT (40921) |
| 2 | | J. THOMAS HANAN (39140)<br>HENRY I. BORNSTEIN (75885) |

/s/
RONALD LOVITT

900 Front Street, Suite 300
San Francisco, CA  94111
Telephone: 415/362-8769
416/362-7528 (fax)

KELLER ROHRBACK LLP
LYNN LINCOLN SARKO
JULI E. FARRIS (141716)
ELIZABETH A. LELAND
CARI C. LAUFENBERG
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206/623-1900
206/623-3384 (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
RICHARD A. LOCKRIDGE
KAREN HANSON RIEBEL
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
Telephone:  612/339-6900
612/339-0981 (fax)

Attorneys for Plaintiff David M. Jackson

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that RONALD LOVITT has concurred in this filing.

DATED:  November 17, 2006                    DLA PIPER US LLP
                                             SHIRLI FABRI WEISS
                                             GERARD A. TRIPPITELLI


                                                     /s/
                                             SHIRLI FABRI WEISS

STIP AND [] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING
SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - Case No. C-06-06752-RMW      - 6 -

1
2            401 B Street, Suite 1700
            San Diego, CA  92101-4297
            Telephone:  619/699-3650
3            619/699-2701 (fax)

4            Attorneys for Defendants

5   I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file

6 this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL

7 PURPOSES AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT.  In

8 compliance with General Order 45, X.B., I hereby attest that SHIRLI FABRI WEISS has concurred

9 in this filing.

10            *  *  *

11           **[] ORDER**

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14 DATED: 12/8/06     /S/ RONALD M. WHYTE
            THE HONORABLE RONALD M. WHYTE
15            UNITED STATES DISTRICT JUDGE

16 T:\CasesSF\Foundry Networks Deriv\STP00036818.doc

STIP AND [] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING
SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - Case No. C-06-06752-RMW - 7 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/<br>
SHAWN A. WILLIAMS<br><br>
LERACH COUGHLIN STOIA GELLER<br>
RUDMAN & ROBBINS LLP<br>
100 Pine Street, 26th Floor<br>
San Francisco, CA  94111<br>
Telephone:  415/288-4545<br>
415/288-4534 (fax)<br>
E-mail:  ShawnW@lerachlaw.com

# Mailing Information for a Case 5:06-cv-05598-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Juli E. Farris**
  jfarris@kellerrohrback.com mbates@kellerrohrback.com

- **L. Timothy Fisher**
  ltfisher@bramsonplutzik.com mfogle@bramsonplutzik.com

- **Alan R. Plutzik**
  aplutzik@bramsonplutzik.com

- **Kathryn A. Schofield**
  kschofield@bramsonplutzik.com mfogle@bramsonplutzik.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G. Smith
```
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087